IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02278-PAB-KAS

THE CRAFTS OUTLET, INC.,

    Plaintiff,

v.

THE CRAFT ONLINE OUTLET, INC.,

Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on the **Amended Motion to Withdraw as Counsel for Plaintiff** [#81] (the "Motion"). Plaintiff's prior Motion to Withdraw as Counsel for Plaintiff [#78] was denied without prejudice because the Notice of Motion to Withdraw as Counsel for Plaintiff [#78-1] provided to Plaintiff did not include notice that a corporate party "may not appear without counsel admitted to the bar of this court, and that absent prompt appearance of substitute counsel, pleadings and papers may be stricken, and . . . other sanctions may be imposed against the entity," as required by D.C.COLO.LAttyR 5(b). *Minute Order* [#80] (quoting D.C.COLO.LAttyR 5(b)). The instant Amended Motion [#81] and accompanying Amended Notice of Motion to Withdraw as Counsel for Plaintiff [#81-1] remedies that defect.

    The Court finds that the Motion complies with the requirements set forth in D.C.COLO.LAttyR 5(b) and shows good cause for the withdrawal. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#81] is **GRANTED**. Attorneys Anthony J. Biller and Allison Joelle Harvill are relieved of any further representation of Plaintiff in this case. The Clerk of the Court is instructed to terminate Attorneys Biller and Harvill as counsel of record, and to remove their names from the electronic certificate of mailing.

    IT IS FURTHER **ORDERED** that **withdrawing counsel SHALL provide their client(s) with a copy of this Minute Order.**

    As a one-time courtesy, the Court reminds Plaintiff of the following case management deadlines:

Deadline to file a motion for default judgment:   December 22, 2025

A corporation, partnership, or other legal entity "may not appear without counsel admitted to the bar of this court[.]" D.C.COLO.LAttyR 5(b). Accordingly,

IT IS FURTHER **ORDERED** that Plaintiff shall have **thirty days** from the date of this Minute Order, to and including **February 2, 2026**, for new counsel to enter an appearance in this matter. Plaintiff is warned that "absent prompt appearance of substitute counsel, pleadings and papers may be stricken . . . ." D.C.COLO.LAttyR 5(b).

Dated:   January 2, 2026